UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERI RISER,

      Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.
_____/

Case No. 13-11135
Hon. Gerald E. Rosen
Magistrate Judge Laurie J. Michelson

ORDER ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     March 26, 2014

PRESENT: Honorable Gerald E. Rosen
                 Chief Judge, United States District Court

On January 31, 2014, Magistrate Judge Laurie J. Michelson issued a Report and Recommendation ("R & R") recommending that the Court grant in part Plaintiff Sheri Riser's motion for summary judgment, deny the Defendant Commissioner of Social Security's motion for summary judgment, and remand this matter to the Defendant Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings. No objections have been filed to the R & R. Upon reviewing the R & R, the parties' underlying cross-motions for summary judgment, and the record as a whole, the Court concurs in the analysis of the Magistrate Judge, and adopts the R & R in its entirety.

Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's January 31, 2014 Report and Recommendation (docket #17) is ADOPTED as the opinion of this Court.  IT IS FURTHER ORDERED, for the reasons stated in the R & R, that Plaintiff's September 5, 2013 motion for summary judgment (docket #12) is GRANTED IN PART, and that Defendant's October 23, 2013 motion for summary judgment (docket #14) is DENIED.  In accordance with these rulings, this case will be remanded to the Defendant Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Magistrate Judge's R & R.

                             s/Gerald E. Rosen
                             Chief Judge, United States District Court

Dated:  March 26, 2014

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 26, 2014, by electronic and/or ordinary mail.

                             s/Julie Owens
                             Case Manager, (313) 234-5135